IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
- 5 2005 LG

| | | |
|---|---|---|
| ALFREDO SARDINAS and GABRIELA SARDINAS | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO. 05-12[illegible] |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

**PLAINTIFFS' ORIGINAL COMPLAINT**

1. Plaintiffs Alfredo Sardinas and Gabriela Sardinas ("Plaintiffs" or the "Sardinas") are citizens of the United States of America whose address is 3815 Pleasant Valley Dr., Missouri City, TX, 77459.

2. The Defendant is the United States of America.

3. This is a suit arising under Sections 7422, 6401, 6402, and 6230 of the Internal Revenue Code[1] and the laws of the United States for the refund of income taxes collected from Plaintiffs.

4. Jurisdiction is conferred upon the Court by Title 28, Sections 1346(a)(1) and 1491(a) of the United States Code.

[1]References to Section, §, and the Internal Revenue Code are to Title 26 of the United States Code.

COUNT ONE
(Calendar Year 1999)

5. Alfredo Sardinas and Gabriela Sardinas filed a timely joint federal income tax return for calendar year 1999 and paid the taxes reported due on that return. Their taxpayer identification numbers, as reflected on that tax return, are XXX-XX-6773 and XXX-XX-5876, respectively.

6. Alfredo Sardinas was a limited partner in Agri-Cal Venture Associates ("ACVA"), a California limited partnership.

7. In 1999, the Sardinas abandoned their interest in ACVA.

8. On October 15, 2003, the Sardinas filed with the IRS a claim for refund of $50,570.00 related to their abandonment of the ACVA partnership interest.

9. On December 3, 2003, the IRS disallowed that claim.

10. As grounds for recovery, the Sardinas restate and incorporate by reference the averments set forth in the Explanation to their refund claim for 1999:

A. The claim for refund is due to the loss the Sardinas realized on the abandonment of their ACVA interest pursuant to Rev. Rul. 93-80.

B. The partnership was an AMCOR partnership subject to §6226 and §6228 litigation.

C. Pursuant to §6230(d)(5), the refund sought pursuant to this claim should have been refunded without the necessity of filing a formal refund claim.

D. A settlement in the related Tax Court case under §6226 resulted in a reduction in the partnership's allowable 1986 losses.

E. As a direct consequence of the adjustments to the partnership items of this partnership there was a substantial basis in the partnership interest and a resulting loss upon the abandonment of the partnership, which loss is the basis of this claim for refund.

F. The increase in the basis in the partnership interest resulting in this refund claim was an adjustment to an affected item resulting from the adjustments to partnership items.

11. Over six (6) months have elapsed since the Sardinas filed their original claim for refund. No action on the claim for refund has been taken by Congress or any agency of the United States, other than the notice of disallowance described above, or in any judicial proceeding, including any in the Tax Court of the United States.

12. The Sardinas are the sole owners of the claim asserted herein against the Defendant and have made no assignment of said claim.

COUNT TWO
(Calendar Year 2000)

13. Alfredo Sardinas and Gabriela Sardinas filed a timely joint federal income tax return for calendar year 2000 and paid the taxes reported due on that return. Their taxpayer identification numbers, as reflected on that tax return, are XXX-XX-6773 and XXX-XX-5876, respectively.

14. Alfredo Sardinas was a limited partner in ACVA.

15. In 2000, the ACVA terminated and dissolved.

16. On April 15, 2004, the Sardinas filed with the IRS a claim for refund of $50,569.00 related to the termination and dissolution of ACVA. This claim was filed in the alternative to the 1999 claim at issue above.

17. As grounds for recovery, the Sardinas restate and incorporate by reference the averments set forth in the Explanation to their refund claim for 2000:

A. The claim for refund is due to the loss the Sardinas realized on the termination of RGA pursuant to Rev. Rul. 93-80. That loss was omitted from their original 2000 return.

B. The partnership was an AMCOR partnership subject to §6226 and §6228 litigation.

C. Pursuant to §6230(d)(5), the refund sought pursuant to this claim should have been refunded without the necessity of filing a formal refund claim.

D. A settlement in the related Tax Court case under §6226 resulted in a reduction in the partnership's allowable 1986 losses.

E. As a direct consequence of the adjustments to the partnership items of this partnership there was a substantial basis in the partnership interest and a resulting loss upon the dissolution and termination of the partnership, which loss is the basis of this claim for refund.

F. The increase in the basis in the partnership interest resulting in this refund claim was an adjustment to an affected item resulting from the adjustments to partnership items.

18. Over six (6) months have elapsed since the Sardinas filed their original claim for refund. No action on the claim for refund has been taken by Congress or any agency of the United States, or in any judicial proceeding, including any in the Tax Court of the United States.

19. The Sardinas are the sole owners of the claim asserted herein against the Defendant and have made no assignment of said claim.

WHEREFORE, Plaintiffs Alfredo Sardinas and Gabriela Sardinas pray for judgment against the Defendant the United States of America in the amount of $50,570.000, or in the alternative for $50,569.00, plus interest, attorneys' fees, and costs allowed by law, and for such other and further relief as the Court may deem appropriate.

Respectfully,

Thomas E. Redding
Texas State Bar No. 16661300
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

Of Counsel for Plaintiffs:
Teresa J. Womack
Texas State Bar No. 00788707
Sallie W. Gladney
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)