# In the United States Court of Federal Claims

No. 05-1250T
(Filed: February 21, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
ALFREDO SARDINAS and
GABRIELA SARDINAS,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is the parties' February 3, 2006 joint motion for suspension of proceedings pending a final decision in three related cases. The motion is granted. Defendant is directed to file a status report notifying the court of any dispositive action in any of the representative cases.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge